**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XAYWU, LLC, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION<br>NO. 26-2828 |
| STATE AUTO INSURANCE COMPANIES, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 14th day of July, 2026, upon consideration of State Automobile Mutual Insurance Company's Motion to Dismiss (Dkt. No. 10), Xaywu, LLC's Response (Dkt. No. 11) and State Auto's Reply (Dkt. No. 12), it is **ORDERED** the Motion to Dismiss is **GRANTED**.  Xaywu's Complaint is **DISMISSED with prejudice**.  The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.